UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,

    Plaintiff,

v.                                           CIVIL ACTION NO. 1:17-cv-00145-GHD-DAS

AN EASEMENT AND RIGHT-OF-WAY
OVER 0.38 ACRE OF LAND,
MORE OR LESS, IN OKTIBBEHA COUNTY,
MISSISSIPPI, and
GLENN E. MULLINS,
NANCY J. MULLINS, his wife,

    Defendants.

## ORDER SETTLING INTEREST OF DEFENDANTS
## GLENN E. MULLINS AND NANCY J. MULLINS AND DISBURSING FUNDS

This action came on to be considered, and it appears to the Court, as evidenced by the signatures below, that Plaintiff and Defendants Glenn E. Mullins and Nancy J. Mullins have agreed to settle said Defendants' interest.

It is, therefore, Ordered and Adjudged that:

1. Defendants Glenn E. Mullins and Nancy J. Mullins shall recover from the Plaintiff $14,325.00 for said Defendants interest in the easement and right-of-way described in Attachment 1 to the Complaint filed herein. (Doc. 1-1.)

2. The Clerk of this Court is authorized and directed to draw a check on the funds deposited in the registry of this Court in this action in the amount of $14,325.00, plus any accrued interest thereon less the applicable registry fee, payable to Glenn E. and Nancy J. Mullins, and to mail said check to Defendants at Starkville, Mississippi.

1

3. Effective upon the mailing of the check provided for in Paragraph 2 above, all further proceedings may be had and judgment entered herein without further notice to Defendants Glenn E. Mullins and Nancy J. Mullins.

4. This action shall remain with respect to the other Defendant in this action.

This 29ND day of Nov., 2017.

_____
United States District Judge

We hereby approve and consent
to the entry of this order:

/s/Nakimuli O. Davis-Primer
Nakimuli O. Davis-Primer (MB #103320)
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone   601.973.3612
Facsimile    601.714.9912
Email  ndavis@bakerdonelson.com

Elizabeth A. Birdwell (TN BPR #026648)
**TVA GENERAL COUNSEL'S OFFICE**
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone   865.632.7346
Facsimile    865.632.2422
Email  eabirdwell@tva.gov

*Attorneys for Plaintiff*

_____    _____
Glenn E. Mullins                                              Nancy J. Mullins
Starkville, Mississippi                                      Starkville, Mississippi

*Defendants*

STATE OF MISSISSIPPI    )
                        ) SS
COUNTY OF OKTIBBEHA     )

Before me personally appeared Glenn E. Mullins and his wife, Nancy J. Mullins, known to be the persons above and whom executed the foregoing document and acknowledged that they executed the same as their free act and deed on the day and year herein mentioned below.

Witness my hand and official seal this the 6th day of Oct., 2017.

*Janet M. Turman*
Notary Public

My commission expires: 7/13/2019

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 56644, JANET M. TURMAN, Commission Expires July 13, 2019, OKTIBBEHA COUNTY]

3